John E. Flaherty
Ravin R. Patel
McCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Counsel for Plaintiffs AstraZeneca AB,
Aktiebolaget Hassle, AstraZeneca LP
 and Zeneca Inc.*

Einar Stole
Ed Rippey
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-6000

*Of Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC.., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES FL, INC., and ACTAVIS PHARMA, INC., <br><br> Defendants. | Civil Action No. _____ |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule 7.1(a), the following is a list of parent corporations that own 10% or more of the stock of Plaintiffs:  AstraZeneca PLC and Zeneca Wilmington, Inc.

Pursuant to Federal Rule 7.1(a), the following is a list of publicly held corporations that own 10% or more of the stock of Plaintiffs:  AstraZeneca PLC.

Respectfully Submitted,

Dated: December 17, 2014       By:  *s/John E. Flaherty*
John E. Flaherty
Ravin R. Patel
McCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Counsel for Plaintiffs AstraZeneca AB, Aktiebolaget Hassle, AstraZeneca LP and Zeneca Inc.*

Einar Stole
Ed Rippey
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
(202) 662-6000

*Of Counsel for Plaintiffs*