# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS LABORATORIES FL, INC., and ACTAVIS PHARMA, INC.,<br><br>Defendants. | Civil Action No.<br>3:14–cv-07870-JAP-TJB |

## NOTICE OF APPEARANCE BY RAVIN R. PATEL

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, and Zeneca Inc. The undersigned hereby certifies that he is admitted to practice before this court.

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

Dated: January 13, 2015

By:  s/ Ravin R. Patel
       Ravin R. Patel

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Counsel for Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, and Zeneca Inc.*

E-mail: rpatel@mccarter.com

ME1 19676040v.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2015, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record by operation of the Court's electronic filing system.

By: s/ Ravin R. Patel
Ravin R. Patel