UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

**ASTRAZENECA AB, et al.,**

      v.

Civ. # 14-7870 (JAP)

**ACTAVIS LABORATORIES FL, INC., et al.,**

Order of Reassignment

It is on this 9TH day of February, 2015,

ORDERED that the above-entitled action is reassigned from Judge Joel A. Pisano to Judge Mary L. Cooper.

        s/Jerome B. Simandle
        JEROME B. SIMANDLE, CHIEF JUDGE
        UNITED STATES DISTRICT COURT