Tressler LLP
744 Broad Street – Suite 1510
Newark, New Jersey 07102
(973) 848-2900
Attorneys for Defendants
Actavis Laboratories FL., Inc. and Actavis Pharma, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP and ZENECA, INC., <br><br> Plaintiffs <br><br> v. <br><br> ACTAVIS LABORATORIES FL., INC. and ACTAVIS PHARMA, INC., <br><br> Defendants. | Civil Action No: 3:14-cv-07870-MLC-TJB <br><br> Honorable Mary L. Cooper, U.S.D.J. <br> Honorable Tonianne J. Bongiovanni, U.S.M.J. <br><br> NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT and PARTIES ON RECORD:

PLEASE TAKE NOTICE that ROBERT J. FETTWEIS, ESQ. of the law firm of Tressler LLP enters an appearance as counsel on behalf of defendants Actavis Laboratoriews FL., Inc., and Actavis Pharma, Inc. in the above-captioned matter. All future pleadings and correspondence should be forwarded to the undersigned.

                        By:    /s/ Robert J. Fettweis
                               Robert J. Fettweis, Esq.
                               Tressler LLP
                               Attorneys for Defendants
                               Actavis Laboratories FL., Inc. and Actavis Pharma, Inc.

Dated: June 2, 2015
#60900