Robert J. Fettweis, Esq.
TRESSLER LLP
744 Broad Street
Suite 1510
Newark, New Jersey 07102
(973) 848-2902

Of Counsel:

B. Jefferson Boggs, Esq.  (To Be Admitted *Pro Hac Vice*)
MERCHANT & GOULD PC
1701 Duke Street, Suite 301
Alexandria, VA 22314
(703) 684-2500

Christopher J. Sorenson, Esq. (To Be Admitted *Pro Hac Vice*)
Aaron M. Johnson, Esq.     (To Be Admitted *Pro Hac Vice*)
MERCHANT & GOULD PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402
(612) 332-5300
*Attorneys for Defendants Actavis
Laboratories FL, Inc and Actavis Pharma, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., AND KBI-E INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS LABORATORIES FL, INC. and ACTAVIS PHARMA, INC.,<br><br>Defendants. | Civil Action No. 3:14-cv-07870-MLC-TJB<br><br>Honorable Mary L. Cooper, U.S.D.J.<br>Honorable Tonianne J. Bongiovanni, U.S.M.J. |

### DEFENDANTS ACTAVIS LABOARATORIES FL, INC. AND
### ACTAVIS PHARMA, INC.'S RULE 7.1 CORPORATE DISCLSOURE STATEMENT

Defendants Actavis Laboratories FL, Inc. and Actavis Pharma, Inc. hereby submit the following statement of their corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Actavis Laboratories FL, Inc. (a Florida corporation) states that it is owned by Andrx Corporation (a Delaware corporation) which is a wholly-owned subsidiary of Actavis, Inc. (a Nevada corporation). Actavis Pharma, Inc. (a Delaware corporation) states that is also a wholly-owned subsidiary of Actavis, Inc. Actavis, Inc. is wholly-owned by Actavis plc, an Irish Public Company. By virtue of this arrangement, Actavis plc, a publicly held corporation, owns more than 10% of Actavis Laboratories FL, Inc., and also owns more than 10% of Actavis Pharma, Inc.

Dated: June 2, 2015

TRESSLER LLP

s/Robert J. Fettweis
Robert J. Fettweis
TRESSLER LLP
744 Broad Street, Suite 1510
Newark, New Jersey 07102
Phone: (973) 848-2902
Fax: (973) 848-0405

*Of Counsel*:

B. Jefferson Boggs, Esq.
MERCHANT & GOULD PC
1701 Duke Street, Suite 301
Alexandria, VA 22314
(703) 684-2500

Christopher J. Sorenson, Esq.
MERCHANT & GOULD PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
(612) 332-5300

Aaron M. Johnson, Esq.
MERCHANT & GOULD PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
(612) 332-5300
*Attorneys for Defendants Actavis Laboratories FL, Inc and Actavis Pharma, Inc.*