Robert J. Fettweis, Esq.
Tressler LLP
744 Broad Street, Suite 1510
Newark, New Jersey 07102
Telephone: (973) 848-2902
Facsimile: (973) 848-0405
rfettweis@tresslerllp.com
Attorneys for Defendants

RECEIVED

JUN - 4 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP and ZENECA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES FL, INC. and ACTAVIS PHARMA, INC., <br><br> Defendants. | **ELECTRONICALLY FILED** <br><br> Case No.: 14-cv-07870-MLC-TJB <br><br> Honorable Mary L. Cooper, U.S.D.J. <br> Honorable Tonianne J. Bongiovanni, U.S.M.J. <br><br> [~~PROPOSED~~] CONSENT ORDER EXTENDING TIME TO ANSWER COMPLAINT |

This matter having been opened to the Court by Tressler LLP, attorneys for the defendants in this matter, and it appearing that the Complaint was filed herein on December 17, 2014, and it further appearing that an executed waiver of service was filed on January 13, 2015 and that, as a result, the time to answer or otherwise move in response to the Complaint expired on March 13, 2015, and counsel for the parties having stipulated that the time within which the defendants may answer or otherwise move in response to the Complaint should be extended to June 5, 2015, and good cause having been shown,

IT IS on this 3rd day of June, 2015,

ORDERED that the time within which the defendants may answer or otherwise move in response to the Complaint is hereby extended to June 5, 2015.

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.

We hereby consent to the form and entry of this Order.

By: s/John E. Flaherty
    John E. Flaherty, Esq.
    McCarter & English, LLP
    Four Gateway Center
    100 Mulberry Street
    Newark, New Jersey 07102
    Telephone: 973-622-4444
    jflaherty@mccarter.com
    Attorneys for Plaintiffs

By: s/Robert J. Fettweis
    Robert J. Fettweis, Esq.
    Tressler LLP
    744 Broad Street, Suite 1510
    Newark, New Jersey 07102
    Telephone: 973-848-2902
    rfettweis@tresslerllp.com
    Attorneys for Defendants

#60901



Robert J. Fettweis
973-848-2902
rfettweis@tresslerllp.com

Attorneys at Law
744 Broad Street
Suite 1510
Newark, New Jersey 07102
973-848-2900
Fax 973-623-0405
www.tresslerllp.com

June 3, 2015

**Via E-Mail**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street, Room 6052
Trenton, New Jersey 08608

      Re:    Astrazeneca AB, et al. v. Actavis Laboratories FL., Inc., et al.
             Case No.: 14-cv-07870-MLC-TJB

Dear Judge Bongiovanni:

      This firm is local counsel to the defendants in the above matter ("the 2014 Case"), which is related to <u>Astrazeneca AB, et al. v. Watson Laboratories, Inc. – Florida, et al.</u>, Civil Action Number 13-cv-01669–MLC-TJB. The latter case is currently stayed by order of the Court while the parties discuss a possible resolution. Those ongoing discussions encompass the issues raised in the 2014 Case.

      The Answer in the 2014 Case is now overdue. Attached is a proposed Consent Order that would extend to June 5, 2015 the defendants' time to answer. If the form of the proposed Consent Order meets with Your Honor's approval please execute it and have your chambers enter it on the Court's electronic filing system.

      Thank you for your anticipated attention to this situation.

                                          Respectfully yours,

                                          Robert J. Fettweis

RJF:sas
Enclosures
cc:    John E. Flaherty, Esq. (via email)
#60912