

Robert J. Fettweis
973-848-2902
rfettweis@tresslerllp.com

Attorneys at Law
744 Broad Street
Suite 1510
Newark, New Jersey 07102
973-848-2900
Fax 973-623-0405
www.tresslerllp.com

June 16, 2015

**Via Electronic Filing**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street, Room 6052
Trenton, New Jersey 08608

    Re:    Astrazeneca AB, et al. v. Actavis Laboratories FL, Inc., et al.
           Civil Action No.: 14-cv-07870-MLC-TJB

Dear Judge Bongiovanni:

    Submitted herewith are the Declarations of Robert J. Fettweis, Esq., Christopher J. Sorenson, Esq. and Aaron M. Johnson, the latter two of whom seek *pro hac vice* admission to the Bar of this Court in connection with the above matter. Also submitted is a proposed form of Order that, if entered, would grant this application.

    Counsel for the plaintiff has consented to the *pro hac vice* admission of attorneys Christopher J. Sorenson and Aaron M. Johnson.

                                  Respectfully yours,

                                  s/Robert J. Fettweis

                                  Robert J. Fettweis

RJF:sas
Enclosures
cc:    John E. Flaherty, Esq. {via e-mail}
          Ravin R. Patel, Esq. (via e-mail)
#61096