Robert J. Fettweis, Esq.
Tressler LLP
744 Broad Street, Suite 1510
Newark, New Jersey 07102
973-848-2902

Of Counsel:
B. Jefferson Boggs, Esq. (To be Admitted *Pro Hac Vice*)
MERCHANT & GOULD, PC
1701 Duke Street, Suite 301
Alexandria, VA 22314
(703) 684-2500

Christopher J. Sorenson, Esq. (To be Admitted *Pro Hac Vice*)
Aaron M. Johnson, Esq. (To be Admitted *Pro Hac Vice*)
MERCHANT & GOULD, PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

Attorneys for Defendants Actavis Laboratories FL, Inc.
and Actavis Pharma, Inc.

RECEIVED

JUN 17 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES FL, INC. and ACTAVIS PHARMA, INC. <br><br> Defendants | **ELECTRONICALLY FILED DOCUMENT** <br><br> Civil Action No. 3:14-cv-07870-MLC-TJB <br><br> Honorable Mary L. Cooper, U.S.D.J. <br> Honorable Tonianne J. Bongiovanni, U.S.M.J <br><br> ORDER GRANTING ADMISSION <br> *PRO HAC VICE* |

THIS MATTER having come before the Court upon the application of Tressler LLP,

counsel for defendants Actavis Laboratories FL, Inc. and Actavis Pharma, Inc. ("Actavis"), for an

Order, pursuant to Local Civil Rule 101.1(c), permitting Christopher J. Sorenson, Esq. and Aaron

M. Johnson, Esq. to appear *pro hac vice* in this matter on behalf of Actavis, and the Court having considered the Declarations of Christopher J. Sorenson, Esq., Aaron M. Johnson, Esq., and Robert J. Fettweis, Esq. and it having been represented that plaintiffs' counsel consents to this application, and for good cause shown,

IT IS on this 17th day of June 2015,

ORDERED that Christopher J. Sorenson, Esq. and Aaron M. Johnson, Esq. are hereby admitted to practice *pro hac vice* in this matter on behalf of Actavis; and it is further

ORDERED that Christopher J. Sorenson, Esq. and Aaron M. Johnson, Esq. shall each pay to the New Jersey Lawyer's Fund for Client Protection ("the Fund") within ten days hereof the fee required by New Jersey Court Rule 1:28-2(a), which payment shall be made for any year in which they continue to represent a client in any matter pending in this Court; and it is further

ORDERED that Christopher J. Sorenson, Esq. and Aaron M. Johnson, Esq. shall within ten days each make a payment of $150.00 to the Clerk of this Court; and it is further

ORDERED that the law firm of Tressler LLP shall accept service of all notices, orders and pleadings in this action and shall file papers, enter appearances for parties, sign stipulations and sign and receive payments on judgment, decrees and orders; and it is further

ORDERED that the Clerk shall serve a true copy of this Order upon the Treasurer of the Fund within seven (7) days of entry hereof on the docket.

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.

NWK#61094