

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

July 6, 2015

**VIA EMAIL**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson & Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

R E C E I V E D

JUL - 7 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

John E. Flaherty
Partner
T. 973-639-7903
F. 973-297-3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

Re:  *AstraZeneca AB, et al. v. Actavis Laboratories FL, Inc.*,
     Civil Action No. 14-cv-7870-MLC-TJB

Dear Judge Bongiovanni:

We, along with Covington & Burling, represent the Plaintiffs in the above referenced action. We write on behalf of all parties to request an extension of time for the submission of the Joint Discovery Plan to **July 10, 2015**. The current deadline for the Joint Discovery Plan is July 6, 2015 and the initial conference is currently set for July 20, 2015. Your Honor previously granted the parties' request for an extension on June 30, 2015 (D.I. 18).

If Your Honor approves of this request, we respectfully request that you so order this letter and have it filed on the docket. Thank you for your continued assistance in this matter.

Respectfully submitted,

s/John E. Flaherty

John E. Flaherty

cc: Counsel of Record (via email)

SO ORDERED on this 7th day of July, 2015:

_____
TONIANNE J. BONGIOVANNI
United States Magistrate Judge