## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(609) 989-2040**

**CHAMBERS OF**
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

July 20, 2015

## LETTER ORDER

**Re:**  AstraZeneca AB, et al. v. Actavis Laboratories FL, Inc., et al.
Civil Action No. 14-7870 (MLC)

Dear Counsel:

Please be advised that the following schedule shall govern this matter:

| ACTION | DEADLINE |
|---|---|
| Parties' Rule 26(a)(1) Initial Disclosures | **August 6, 2015** |
| Plaintiffs to provide Defendants with its Disclosure of Asserted Claims (L.Pat.R. 3.6(b)) | **September 28, 2015** |
| Defendants to provide Plaintiffs with the written basis for their Invalidity Contentions along with any disclosures under L.Pat.R. 3.4 (L.Pat.R. 3.6(c)-(d)) | **October 5, 2015** |
| Defendants to provide Plaintiffs with Non-Infringement Contentions and related document production (L.Pat.R. 3.6(e) & (f)) | **October 5, 2015** |
| Parties' Submission of Consent Discovery Confidentiality Order (L.Pat.R. 2.2) | **October 19, 2015** |
| Plaintiffs' Service of Infringement Contentions and Related Document Production (L.Pat.R. 3.6(g) & (h)) | **November 17, 2015** |

| ACTION | DEADLINE |
|---|---|
| Plaintiffs' Responses to Defendants' Invalidity Contentions (L.Pat.R. 3.6(i)) | **November 17, 2015** |
| Telephone Status Conference with the Court to be Initiated by Plaintiffs | **November 24, 2015 at 10:30 a.m.** |
| Parties' Exchange of Proposed Terms for Construction (L.Pat.R. 4.1(a)) | **December 1, 2015** |
| Parties' Exchange of Preliminary Claim Constructions and Extrinsic Evidence (L.Pat.R. 4.2(a) & (b)) | **December 22, 2015** |
| Parties' Exchange of Identification of Intrinsic and Extrinsic Evidence to Oppose Opponent's Proposed Construction (L.Pat.R. 4.2(c)) | **January 5, 2016** |
| Parties' Submission of Joint Claim Construction and Prehearing Statement (L.Pat.R. 4.3) | **January 25, 2016** |
| Parties Complete Fact Discovery Relating to Claim Construction (L.Pat.R. 4.4) | **February 23, 2016** |
| Parties' Opening *Markman* Submissions (L.Pat.R. 4.5(a)) | **March 7, 2016** |
| Parties' Completion of Expert Discovery Related to Opening *Markman* Submissions (L.Pat.R. 4.5(b)) | **April 6, 2016** |
| Parties' Responding *Markman* Submissions (L.Pat.R. 4.5(c)) | **May 9, 2016** |
| Deadline to Propose Schedule for Claim Construction Hearing | **May 23, 2016** |
| Amendments to the Pleadings to Join Other Parties with Leave of Court Pursuant to Fed. R. Civ. P. 15 | **August 26, 2016** |
| Parties Substantially Complete Document Production | **October 28, 2016** |

The remaining schedule shall be set at a later date. The parties are reminded that correspondence that is emailed or faxed to Chambers does not need to be mailed to Chambers unless otherwise instructed by the Court. Further, the parties are reminded of their obligation to meet and confer in good faith regarding any discovery or case management issue before raising same informally with the Court.

**IT IS SO ORDERED.**

                                                s/Tonianne J. Bongiovanni
                                                **TONIANNE J. BONGIOVANNI**
                                                **United States Magistrate Judge**