UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES FL, INC. and ACTAVIS PHARMA, INC. <br><br> Defendants | ) ELECTRONICALLY FILED DOCUMENT <br> ) <br> ) Civil Action No. 3:14-cv-07870-MLC-TJB <br> ) <br> ) Honorable Mary L. Cooper, U.S.D.J. <br> ) Honorable Tonianne J. Bongiovanni, U.S.M.J <br> ) <br> ) <br> ) <br> ) <br> ) |

## REQUEST BY LOCAL COUNSEL FOR
## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150.00, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

s/Robert J. Fettweis<br>
Signature of Local Counsel

*Pro Hac Vice* Attorney Information:

Name:  Aaron M. Johnson, Esq.

Address:  80 South Eighth Street

   Minneapolis, Minnesota 55402

E-Mail:  ajohnson@merchantgould.com
   (one e-mail address only)

NEWARK-#61508